| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |     Including Professional Corporations |
| | CHRISTOPHER E. HALE, Cal. Bar No. 232669 |
| 3 | chale@sheppardmullin.com |
| | 333 South Hope Street, 43rd Floor |
| 4 | Los Angeles, California  90071-1448 |
| | Telephone:  213-620-1780 |
| 5 | Facsimile:   213-620-1398 |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
    Including Professional Corporations
LOUIS D. VICTORINO, Cal. Bar No. 48812
lvictorino@sheppardmullin.com
1300 I Street, N.W.
Washington, DC  20005
Telephone:  202-218-0000
Facsimile:   202-218-0020

Attorneys for Plaintiff AME UNMANNED
AIR SYSTEMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AME UNMANNED AIR SYSTEMS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN CORPORATION, a Maryland corporation, d/b/a LOCKHEED MARTIN AERONAUTICS COMPANY,<br><br>            Defendant. | Case No. 12-cv-00295-SVW (RZx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE (F.R.C.P. 41(a)(1)(A)(ii))**<br><br>Judge:  Hon. Stephen V. Wilson<br>Ctrm:  6<br><br>JS-6 |

///

///

///

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | GOOD CAUSE HAVING BEEN SHOWN, pursuant to the Stipulation |
| 3 | to Dismiss the Action With Prejudice filed on July 16, 2012, by and among Plaintiff |
| 4 | AME Unmanned Air Systems, Inc. and Defendant Lockheed Martin Corporation, |
| 5 | the above-captioned action is DISMISSED WITH PREJUDICE pursuant to Federal |
| 6 | Rule of Civil Procedure 41(a)(1)(A)(ii). |

Dated:_July 17, 2012        _____
                                              Hon. Stephen V. Wilson